## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **LELAND FOSTER**, | ) | Case No. 1:22-cv-12003 |
| Plaintiff, | ) | |
| v. | ) | |
| **HALO COUNTRY LLC**, a Michigan | ) | Judge: |
| limited liability company, | ) | |
| And | ) | |
| **DORTCH ENTERPRISES, LLC**, a | ) | |
| Michigan limited liability company | ) | |
| Defendants. | | |

---

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
### DORTCH ENTERPRISES, LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendant, Dortch Enterprises LLC.

Dated:  Sept 8, 2022

By:  /s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (p66315)
4334 W. Central Avenue, Suite 222
Toledo, OH 43604
Telephone: (419) 654-1622
Facsimile:  (419) 720-4951
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on this 8th day of September 2022

served electronic mail to:

Dortch Enterprises LLC
c/o Louis Dortch Jr
8487 RETREAT DR
GRAND BLANC, MI 48439
Registered agent for JMB Restaurant Holdings LLC

By:  /s/  Owen B. Dunn, Jr.
    Owen B. Dunn, Jr. (p66315)