UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) Case No. 1:22-cv-12003 |
| Plaintiff, | ) |
| v. | ) |
| **HALO COUNTRY LLC**, a Michigan | ) Judge: Hon. Thomas L. Ludington |
| limited liability company, | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PROPOSED STIPULATED ORDER FOR DISMISSAL

WHEREAS, it is stipulated and agreed by and between counsel for the respective parties that the cause of action of the Plaintiff LELAND FOSTER against the Defendant HALO COUNTRY LLC be dismissed with prejudice and without costs, interest or attorney fees.

IT IS HEREBY ORDERED that Defendant HALO COUNTRY LLC be and hereby is dismissed with prejudice and without costs, interest or attorney fees.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

*THIS IS THE FINAL ORDER OF DISMISSAL AND CLOSES THIS CASE.*

STIPULATED AND AGREED:

| | |
|---|---|
| */S/ Owen B. Dunn w/Permission* . | */S/ Joseph N. Fraser* |
| OWEN B. DUNN (P66315) | JOSEPH N. FRASER (P74419) |
| LAW OFFICE OF OWEN B DUNN, JR. | JOHNSTON, SZTYKIEL, HUNT, FRASER, |
| Attorneys for Plaintiff | GOLD & BARRON, P.C. |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LELAND FOSTER,

        Plaintiff,                               Case No. 1:22-cv-12003

v.                                               Honorable Thomas L. Ludington
                                                  United States District Judge

HALO COUNTRY, LLC,

        Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the Parties' above-attached Stipulated Order, and this Court otherwise being fully advised in the premises:

It is **ORDERED** that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED WITH PREJUDICE** and without costs, interest, or attorney's fees to any party.

**This is a final order and closes the above-captioned case**.

Dated: March 16, 2023                                       s/Thomas L. Ludington
                                                                   THOMAS L. LUDINGTON
                                                                    United States District Judge